JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

JUNE 18, 1990

No. 89–1221. MICHIGAN *v.* MOORE. Ct. App. Mich. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Horton* v. *California, ante,* p. 128.

No. 89–1701. MASTERS *v.* DANIEL INTERNATIONAL CORP. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *English* v. *General Electric Co., ante,* p. 72.

No. — — ——. POLYAK *v.* STACK ET AL. Motion to direct the Clerk to docket an appeal from the United States District Court for the Middle District of Tennessee denied.

No. — — ——. FINNEY *v.* KEMP, WARDEN. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by the petitioner granted.

No. A–875. SEELIG ET AL. *v.* KOEHLER, CORRECTION COMMISSIONER OF THE CITY OF NEW YORK, ET AL. Application for stay of enforcement of random urinalysis drug-testing program, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–872. IN RE DISBARMENT OF JOYCE. Disbarment entered. [For earlier order herein, see 494 U. S. 1014.]

No. D–877. IN RE DISBARMENT OF SOLERWITZ. Disbarment entered. [For earlier order herein, see 494 U. S. 1024.]

No. D–880. IN RE DISBARMENT OF JACKSON. Disbarment entered. [For earlier order herein, see 494 U. S. 1052.]